# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1138**
**KA 12-00790**
PRESENT: WHALEN, P.J., SMITH, PERADOTTO, NEMOYER, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                          ORDER

WILLIAM J. CASSIDY, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (DANIEL GROSS OF COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered April 4, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of forgery devices.

Now, upon reading and filing the stipulation of discontinuance signed by the defendant on December 21, 2016, and by the attorneys for the parties on December 21 and 22, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  February 3, 2017                          Frances E. Cafarell
                                                    Clerk of the Court